John E. Glowney
A. Ingrid Anderson
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900

The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| AEGIS, MISSION ESSENTIAL PERSONNEL, L.L.C., <br><br>  Plaintiff, <br><br>  v. <br><br> UNIVERSAL FUNDING CORPORATION, <br><br>  Defendant. | No. 05-CV-351 <br><br> **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Aegis, Mission Essential Personnel, LLC does not have a parent corporation and no publicly-held corporation owns any of its stock.

DATED:  January 31, 2006, at Seattle, Washington.

STOEL RIVES LLP

/s/ John E. Glowney
John E. Glowney, WSBA # 12652
A. Ingrid Anderson, WSBA #33064
Attorneys for Plaintiff

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** - 1

Seattle-3288718.1 0055101-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*