UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| AEGIS, MISSION ESSENTIAL PERSONNEL, L.L.C., | ) ) ) | No. 05-CV-351-EFS |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER OF DISBURSEMENT** |
| UNIVERSAL FUNDING CORPORATION, | ) ) ) | |
| Defendant. | ) | |

Plaintiff, Aegis Mission Essential Personnel, L.L.C, by its attorneys Stoel Rives, and Defendant, Universal Funding Corporation, by its attorneys Paine Hamblen, have moved this Court for an Order of disbursement of certain funds from the Registry of the Court. The Court, having reviewed the records and files herein and being otherwise fully advised, hereby **GRANTS** the Motion for Order of Disbursement **(Ct. Rec. 53)**.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that certain funds being held in the Registry of the Court shall be disbursed as follows:

1. A check in the amount of Eighty Thousand Dollars ($80,000.00) shall be made out to Stoel Rives, LLP Trust

ORDER OF DISBURSEMENT - 1

Account, and sent to Mr. John E. Glowney, Stoel Rives, LLP, 600 University Street, Suite 3600, Seattle, WA 98101.

2.  The remaining funds, minus the costs and expenses charged by the Court, shall be distributed by check made out to Paine Hamblen LLP Trust Account, and sent to Scott Cifrese, Paine Hamblen, 717 West Sprague Avenue, Suite 1200, Spokane WA, 99201.

DATED this 13th day of December 2006.


                        s/ Edward F. Shea
                         Edward F. Shea
                  United States District Court Judge


Q:\Civil\2005\0351.disburse.funds.wpd:

ORDER OF DISBURSEMENT - 2