UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AEGIS, MISSION ESSENTIAL PERSONNEL, L.L.C., | No. 05-CV-0351-EFS |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| UNIVERSAL FUNDING CORPORATION, | |
| Defendant. | |

THIS MATTER coming on for hearing upon stipulation of the parties (Ct. Rec. 55), through their respective counsel, and it appearing that said action and all causes therein have been fully settled and compromised, and that said action should be dismissed with prejudice and without costs, IT IS HEREBY ORDERED: the above-entitled action and all causes herein are hereby **dismissed with prejudice** and without costs or attorney's fees to either party and this file shall be **closed.**

DATED this 13th day of December 2006.

                          s/ Edward F. Shea
                           Edward F. Shea
         United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1

```
Q:\Civil\2005\0351.stip.dism.wpd
```

ORDER OF DISMISSAL WITH PREJUDICE - 2